■ In the Matter of the GRAND JURY SUBPOENA Served Upon BEKINS RECORD STORAGE CO., INC. PETITIONER A et al., Appellants; ROBERT M. MORGENTHAU, Respondent. — Order, Supreme Court, New York County (Rothwax, J.), entered March 1, 1983, unanimously affirmed, without costs and without disbursements, except to the extent that the documents therein include Documents Nos. 38 and 145 and with respect to those documents, determination of the appeal is held in abeyance following the briefing by the parties respecting the admissibility of such documents. No opinion. Concur — Murphy, P. J., Bloom, Fein, Milonas and Kassal, JJ.

■ PATRICK W. VANCE et al. v CENTURY APARTMENTS ASSOCIATES et al. — Motion, insofar as it seeks reargument, denied; and insofar as it seeks leave to appeal to the Court of Appeals, the motion is granted and this court certifies the following question of law: "Was the order of the Appellate Division, First Department, entered on April 5, 1983, which affirmed the order of the Supreme Court, New York County, entered on November 23, 1982, correct, as a matter of law?" Concur — Murphy, P. J., Kupferman, Fein, Kassal and Alexander, JJ.